No. 321.   KEEFE ET AL. *v.* BRODERICK, COLLECTOR.

September 20, 1940.   Dismissed per stipulation pursuant to Rule 35. *Mr. Ira Lloyd Letts* for petitioners. *Solicitor General Biddle* and *Mr. N. A. Townsend* for respondent.

No. 98.   BAILEY ET AL., EXECUTORS, *v.* UNITED STATES.

September 27, 1940.   Dismissed per stipulation pursuant to Rule 35. *Mr. Gordon H. Block* for petitioners. *Solicitor General Biddle* and *Mr. N. A. Townsend* for the United States.